No. 233.  C. A. DURR PACKING CO., INC. *v.* SHAUGH-NESSY, COLLECTOR OF INTERNAL REVENUE.  C. A. 2d Cir. Certiorari denied. *Henry T. Dorrance* and *Russell G. Dunmore, Jr.* for petitioner.  *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Helen Goodner* and *Fred E. Youngman* for respondent.

No. 234.  UNITED STATES *v.* THOMAS.  C. A. 6th Cir. Certiorari denied. *Solicitor General Perlman* for the United States.  *R. R. Kramer* for respondent.

No. 236.  BLAKE ET AL. *v.* WONDER PRODUCTS, INC. ET AL.  Supreme Court of Michigan.  Certiorari denied. *Frederic S. Glover, Jr.* for petitioners.  *George E. Brand* for respondents.

No. 237.  ROSE ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied. *George T. Altman* for petitioners.  *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Helen Goodner* and *S. Dee Hanson* for respondent.

No. 241.  ESTATE OF SOLOWEY ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 2d Cir.  Certiorari denied. *E. Paul Yaselli* for petitioners.  *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Robert N. Anderson* for respondent.

No. 240.  PARTRIDGE, EXECUTOR, *v.* PRESLEY, EXECUTOR.  United States Court of Appeals for the District of